**PRISONER CASE**

MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | JEFFERY B. ANDERSON | **Defendant(s):** | SHAWN CANNING, etc., et al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Jeffery B. Anderson
#2008-0009508
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

KC FILED
3-25-2008
MAR 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☑ 3. Federal Question (U.S. gov't. not a party)
- ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV1736
JUDGE GETTLEMAN
MAGISTRATE JUDGE DENLOW

**Origin:**
- ☑ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded From Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred From Other District
- ☐ 6. MultiDistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** *A.E. Woodham*   **Date:** 03/25/2008