*MHW*

**FILED**
MAR 2 5 2008 *aew*
3-25-2008
MICHAEL W. BOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Jeffery B. Anderson
_____
Plaintiff

v.

Walgreen's
Shawn Canning
Lex Daniels
_____
Defendant(s)

08CV1736
JUDGE GETTLEMAN
MAGISTRATE JUDGE DENLOW

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Jeffery B. Anderson__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # __200800095 08__   Name of prison or jail: __Cook County Jail__
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: __N/A__

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: __N/A__
   Name and address of employer: __N/A__

   a. If the answer is "No":
      Date of last employment: __March 20, 2007__
      Monthly salary or wages: __$7.25 per hour__
      Name and address of last employer: __McCormick Place__
      __2300 S. Cermak Ave.__

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: __N/A__
      Name and address of employer: __N/A__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                       ☐Yes   ☒No
      Amount __N/A__   Received by __N/A__

    b.    ☐ Business, ☐ profession or ☐ other self-employment     ☐ Yes     ☒ No
Amount _N/A_      Received by _N/A_

    c.    ☐ Rent payments, ☐ interest or ☐ dividends     ☐ Yes     ☒ No
Amount _N/A_      Received by _N/A_

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support     ☐ Yes     ☒ No
Amount _N/A_      Received by _N/A_

    e.    ☐ Gifts or ☐ inheritances     ☐ Yes     ☒ No
Amount _N/A_      Received by _N/A_

    f.    ☐ Any other sources (state source: _N/A_ )     ☐ Yes     ☒ No
Amount _N/A_      Received by _N/A_

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?     ☐ Yes     ☒ No      Total amount: _N/A_
In whose name held: _N/A_      Relationship to you: _N/A_

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?     ☐ Yes     ☒ No
Property: _N/A_      Current Value: _N/A_
In whose name held: _N/A_      Relationship to you: _N/A_

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?     ☐ Yes     ☒ No
Address of property: _N/A_
Type of property: _N/A_      Current value: _N/A_
In whose name held: _N/A_      Relationship to you: _N/A_
Amount of monthly mortgage or loan payments: _N/A_
Name of person making payments: _N/A_

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?     ☐ Yes     ☒ No
Property: _N/A_
Current value: _N/A_
In whose name held: _N/A_      Relationship to you: _N/A_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_N/A_

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 3/12/08

_____
Signature of Applicant

Jeffery B. Anderson
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Jeffery Anderson, I.D.# 2008.0009508, has the sum of $ .02 on account to his/her credit at (name of institution) Cook County Jail. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past ~~six~~ one months the applicant's average monthly deposit was $ 10.00.

(Add all deposits from all sources and then divide by number of months).

3/11/08
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

CRW Wright Wright
(Print name)

rev. 10/10/2007



**TRANSACTION REPORT**
Print Date: 03/11/2008

Inmate Name: ANDERSON, JEFFERY
Inmate Number: 20080009508
Inmate DOB: 7/15/1970

Balance: $0.02

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 02/13/2008 | ORDER DEBIT | -9.98 | 0.02 |
| 02/11/2008 | CREDIT | 10.00 | 10.00 |

© 2004 ARAMARK Corporation. All Rights Reserved

2/8/08