*MHN*

# FILED

APR 3 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

# RECEIVED

MAR 2 5 2008 *aew*
3-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JEFFERY B. ANDERSON

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

WALGREEN'S

ShawN CANNING

LEX DANIELS

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

08CV1736
JUDGE GETTLEMAN
MAGISTRATE JUDGE DENLOW

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

☑     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: _JEFFERY B. ANDERSON_

B. List all aliases: _ERik Williams, Anthony Anderson_

C. Prisoner identification number: _20080009508_

D. Place of present confinement: _Cook County Jail_

E. Address: _2600 S. California, Chicago, IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: _Shawn CANNiNG_

   Title: _Assistance Manager_

   Place of Employment: _Walgreen's_

B. Defendant: _Cox Daniels_

   Title: _Photo/Cashier_

   Place of Employment: _Walgreen's_

C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _N/A_

B.   Approximate date of filing lawsuit: _N/A_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D.   List all defendants: _N/A_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F.   Name of judge to whom case was assigned: _N/A_

G.   Basic claim made: _N/A_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I.   Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is
involved, including names, dates, and places. **Do not give any legal arguments or cite any
cases or statutes.** If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if
necessary.)

ON NOVEMBER 17, 2007. At Around 8:00 pm.
I ENTER WALGREEN'S Located At 3046 N.
HAlsted St. to purchase Some Item.
ON my Way out of WALgreen's Assistance
MANAger SHAWN CANNING CAme FRom
behind me And Hit me with A Close
Fist. I FEll down And SHAWN
CANNING SAt on my back, while
LEX DANiELs held my legs down
Then At that Time SHAWN CANNING
begAN to Hit me Repertly IN
the HEAD with A Close Fist.
Police, And Ambulance was call
And I was TRANsported. To
THorek Hospital.

4

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

FOR WALGREEN'S To be Accountable For the Action that WAS Taken AGAINST ME. Also FOR SHAWN CANNING, LEX DANIELS to be Terminated From WALGREEN's. And For WALGREEN's to be Accountable For there ACTION.

**VI.     The plaintiff demands that the case be tried by a jury.     ☒ YES     ☐ NO**

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _march_ day of _12th_, 20_08_

_Jeffery B. Anderson_

(Signature of plaintiff or plaintiffs)

_JEFFERY B. ANDERSON_
(Print name)

_2008000 9508_
(I.D. Number)

_2600 S. CALifornia_

_Chicago IL, 60608_
(Address)

Revised 9/2007